# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN PIZZI, JR.,** *Plaintiff* | : : : | **CIVIL ACTION** |
| v. | : : | |
| **THE ARTHUR JACKSON CO. et al.,** *Defendants* | : : | **NO. 19-292** |

## O R D E R

**AND NOW**, this 25th day of November, 2019, upon consideration of Plaintiff John Pizzi, Jr.'s Second Amended Complaint (Doc. No. 19), the Motion to Dismiss of Defendants The Arthur Jackson Company, Patricia Velez, and Fred Ferguson (Doc. No. 21), the Response in Opposition (Doc. No. 22), Defendants' Reply (Doc. No. 23), Mr. Pizzi's Sur-Reply (Doc. No. 25), Mr. Pizzi's Cross-Motion for Leave to File a Third Amended Complaint (Doc. No. 26), Mr. Pizzi's Proposed Third Amended Complaint (Doc. No. 26-1), Defendants' Response in Opposition (Doc. No. 27), and Oral Argument held on September 13, 2019, it is **ORDERED**, as outlined in the Court's accompanying Memorandum, that:

1. The Motion to Dismiss (Doc. No. 21) is **GRANTED in part and DENIED in part**;

2. The Cross-Motion for Leave to File a Third Amended Complaint (Doc. No. 26) is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE